AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2018 NOV -6 PM 12: 12

CLERK US DISTRICT CT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

___KRISTEN M. RHOAD___  )
Petitioner )
)
v. )   Case No. __8:18 cv 2742 T 23 TGW__
)          (Supplied by Clerk of Court)
)
___STATE OF FLORIDA___  )
Respondent )
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: __KRISTEN MARIE RHOAD__
   (b) Other names you have used: __KRISTEN DOUGHERTY, KRISTEN HABERMAN__

2. Place of confinement:
   (a) Name of institution: __SARASOTA COUNTY JAIL__
   (b) Address: __2020 RINGLING BLVD__
   __SARASOTA FL 34237__
   (c) Your identification number: __0200571043__

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☒ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: STATE OF FLORIDA  2000 RINGLING BLVD SARASOTA FL 34237  12TH JUDICIAL CIRCUIT

   (b) Docket number, case number, or opinion number: 2015CF006022 NC

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): JURISDICTION - FLORIDA CAPIAS ISSUED AS NON RESIDENT ON DOMESTIC INJ. OBTAINED BY FRAUD; ARRESTED ON FLORIDA CAPIAS IN HOMESTATE OF NEVADA; EXCESSIVE BOND AND REFUSAL TO FILE FOR BOND REDUCTION

   (d) Date of the decision or action: 04/14/2015

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes   ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion or a Section 2254 to petition to challenge this conviction or sentence?**

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes  ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes  ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes  ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____

(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** LACK OF JURISDICTION - ~~DEFENDANT~~ PETITIONER HAS NEVER RESIDED IN THE STATE OF FLORIDA.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PETITIONER HAS NEVER RESIDED OR VISITED FLORIDA. COMPLAINANT PERJURED TESTIMONY, AFFIDAVITS AND POLICE REPORTS STATING PETITIONER WAS A RESIDENT OF NORTH PORT FLORIDA.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND TWO:** NO FUGITIVE WARRANT TO ARREST PETITIONER IN NEVADA.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
CAPIAS FLORIDA STATE WARRANT ONLY. PETITIONER WAS NOT IN THE STATE OF FLORIDA NOR FLED FROM THE STATE OF FLORIDA NOR WAS ABSCONDING FROM FLORIDA AT ANY TIME. THE US MARSHALLS ARRESTED PETITIONER BASED ON CAPIAS ONLY. PETITIONER WAS A RESIDENT OF NEVADA.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND THREE:** EXCESSIVE BOND — PER BOND SCHEDULE, BOND WAS SET AT $1,000 UNTIL BOND HEARING RESET TO $80,000. PETITIONER NOT ABLE TO PREPARE DEFENSE OF CASE WHILE INCARCERATED AND GATHER EVIDENCE. INEFFECTIVE COUNSEL

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
FIRST APPEARANCE PROPERLY SET BOND, HOWEVER COMPLAINANT PERJURED TESTIMONY AND REQUESTED EXCESSIVE BOND. PETITIONER IS UNABLE TO BOND OUT TO PREPARE FOR TRIAL. PUBLIC DEFENSE COUNSEL DID NOT FILE REQUEST FOR BOND REDUCTION. BOND HEARING DID NOT ADDRESS ANY OF THE QUESTIONS PERTAINING TO SETTING THE BOND, AND THE COMPLAINANT'S PERJURED TESTIMONY FAILED TO PRESENT ANY EVIDENCE TO SUPPORT BOND INCREASE. INEFFECTIVE COUNSEL FAILED TO DEFEND BOND $1,000.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☒ No

**GROUND FOUR:** INEFFECTIVE COUNSEL.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
PUBLIC DEFENDER FAILED TO RAISE JURISDICTION, NO FUGITIVE WARRANT AND EXCESSIVE BOND ISSUES DEPRIVING PETITIONER OF DUE PROCESS RIGHTS, AND CONSTITUTIONAL RIGHTS.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: IMMEDIATE RELEASE DUE TO NO JURISDICTION; IMMEDIATE RELEASE BASED ON NO FUGITIVE WARRANT FOR ARREST; AS THE LAST RESORT, REDUCTION OF BOND TO STATUTORY LIMITS.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

NOVEMBER 5, 2018

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: NOVEMBER 4, 2018

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_